531 A.2d 425

**Charmaine H. STICKEL, Administratrix of the Estate of Scott M. STICKEL, Deceased, Appellant,**

v.

**The OHIO CASUALTY COMPANY.**

Supreme Court of Pennsylvania.

Argued Sept. 23, 1987.

Decided Oct. 8, 1987.

M. Lawrence Shields, III, Kratzenberg & Shields, P.C., Pittsburgh, for appellant.

Kenneth S. Robb, Doherty & Robb, P.C., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.